| Estado Libre Asociado de Puerto Rico TRIBUNAL DE APELACIONES PANEL X | | |
|---|---|---|
| EL PUEBLO DE PUERTO RICO<br><br>Recurrido<br><br>V.<br><br>EDUARDO MELÉNDEZ VELÁZQUEZ<br><br>Peticionario | TA2025CE00346 | *Certiorari* procedente del Tribunal de Primera Instancia, Sala Superior de Ponce<br><br>Caso Núm.: J1VP202501236 al J1VP202501240<br><br>Sobre: Art. 93.A CP Tent. Art. 93.A CP Art. 6.14 Ley 168 (2 cargos) Art. 195.A CP |

Panel integrado por su presidenta, la Jueza Grana Martínez, el Juez Ronda Del Toro y la Jueza Lotti Rodríguez.

## RESOLUCIÓN

En San Juan, Puerto Rico, a 26 de agosto de 2025.

Examinada la *Moción en Auxilio de Jurisdicción Solicitando la Paralización de los Procedimientos y la Petición de Certiorari*, presentada el 25 de agosto de 2025, este Tribunal dispone lo siguiente:

Se declara no ha lugar ambas peticiones.

**Notifíquese inmediatamente.**

Lo acuerda y manda el Tribunal, y lo certifica la Secretaria del Tribunal de Apelaciones.


Lcda. Lilia M. Oquendo Solís
Secretaria del Tribunal de Apelaciones